**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Kenneth Cooper McAfee v. The State of Texas

Appellate case number:   01-13-00777-CR

Trial court case number: 1262341

Trial court:              339th District Court of Harris County

Appellant, Kenneth Cooper McAfee, appeals from the trial court's judgment signed August 8, 2013. The clerk's record was filed in this case on October 28, 2013. The reporter's record was filed in this case on December 10, 2013. Appellant's brief is due April 4, 2014.

On March 27, 2014, appellant's appointed counsel Wayne Hill filed a "notice of withdrawal and substitution of attorney of record," which we construe as a motion for substitution of counsel pursuant to Texas Rule of Appellate Procedure 6.5(d). *See* TEX. R. APP. P. 6.5(d). On March 31, 2014, a "motion to designate and first motion to extend time to file brief" was filed by attorney Jani J. Maselli Wood.

We **GRANT** appellant's motion to substitute and direct the Clerk of this Court to substitute attorney Jani J. Maselli Wood for Wayne Hill as appellant's counsel of record. *See* TEX. R. APP. P. 6.5(d). Further, we **GRANT** appellant's motion for extension and **ORDER** appellant brief to be filed no later than May 4, 2014. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

Appellee's brief will be due 30 days from the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). Due to the previous delays in this appeal, no further extensions of time to file either brief will be granted, absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                      ☒  Acting individually    ☐  Acting for the Court

Date:  April 8, 2014